UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RE:
Reggie D. Hill ) Case No. 16-31645-KRH
)
)
Debtor. ) Chapter 13

## TRANSFER OF CLAIM (8-3)

### Certificate of Service

This is to certify that a true and accurate copy of this pleading was served on all creditor and all parties of interest by electronic media or placing a copy in the U.S. Mail on June 14, 2018, at the addresses listed below: Debtor's Attorney, Pia J. North, via email at *help@pianorth.com*; Chapter 13 Trustee, Carl M. Bates, P.O. Box 1819, Richmond, VA 23218;  Debtor, Reggie D. Hill, 2410 Berry Street, Hopewell, VA 23860.

By:  /s / Noelle O'Donnell
Date: June 14, 2018